135 A.3d 178

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jose M. MUNIZ, Petitioner.**

Supreme Court of Pennsylvania.

April 22, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of April, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

1) Does applying [42 Pa.C.S. § 9799.14] retroactively violate the Federal Constitution?

2) Does applying [42 Pa.C.S. § 9799.14] retroactively violate the Pennsylvania Constitution?

The Prothonotary is directed to schedule briefing and argument in this matter together with the following matters presenting related issues: *Commonwealth v. Reed,* 557 WAL 2014 and *Commonwealth v. Gilbert,* 181 MAL 2015.